NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JULIUS J. HALYARD, JR.,               )
                                      )
          Appellant,                  )
                                      )
v.                                    )      Case No. 2D17-2763
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____     )

Opinion filed February 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Julius J. Halyard, Jr., pro se.


PER CURIAM.

          Affirmed.


LaROSE, C.J., and SILBERMAN and SALARIO, JJ., Concur.